# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO T. TORRES, | 1:10-cv-00339-DLB (HC) |
|     Petitioner, | ORDER DISREGARDING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY |
|     v. | |
| KEN CLARK, | [Doc. 45] |
|     Respondent. | |

On July 8, 2011, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was denied on the merits and judgment was entered in favor of Respondent. In that order, the Court also declined to issue a certificate of appealability.

On August 10, 2011, Petitioner filed a motion for certificate of appealability. Petitioner's motion shall be disregarded as the Court has previously denied to issue a certificate of appealability.

IT IS SO ORDERED.

    Dated:   **August 16, 2011**                /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE